# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| WILLIE L. DUNSON,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No. C14-2018<br><br>ORDER GRANTING APPLICATION<br>FOR ATTORNEY FEES |

This matter comes before the Court on the Application for Attorneys Fees Under the Equal Access to Justice Act (docket number 20) filed by the Plaintiff on January 12, 2015, and the Response (docket number 21) filed by the Defendant on January 13. Plaintiff requests that the Court order attorney fees in the amount of $5,757.66. According to the response, Defendant has no objection to the request. The Court finds the application should be granted.

## ORDER

IT IS THEREFORE ORDERED that Plaintiff's Application for Attorneys Fees (docket number 20) is **GRANTED**. Judgment will be entered in favor of the Plaintiff for attorney fees in the amount of Five Thousand Seven Hundred Fifty-Seven Dollars and sixty-six cents ($5,757.66) to be paid by the Social Security Administration.

DATED this 13th day of January, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA